17

United States District Court
Southern District of Texas
ENTERED

NOV 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| FRANCISCO JAVIER BRIONES, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-276 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |
|    Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 15, 1998 should be **ADOPTED** and the Respondent's Motion for Summary Judgment is **GRANTED** and the Petitioner's Petition is **DISMISSED**.

DONE in Brownsville, Texas, on this 23rd day of November, 1998.

Filemon B. Vela
United States District Judge